UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/24/2025

SOLOMON KATZ,

                          Plaintiff,

        -against-

PRESSLER, FELT, & WARSHAW, LLP.,

                          Defendants.

7:25-cv-2459  (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

        The Court having been advised that all claims asserted herein have been settled (*see* ECF

No. 8), it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs

to either party, subject to reopening should the settlement not be consummated on or before August

25, 2025. The parties are advised that if they wish the Court to retain jurisdiction in this matter for

purposes of enforcing any settlement agreement, they must submit the settlement agreement to

the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

Dated:   June 24, 2025
         White Plains, NY

SO ORDERED:

_____
        NELSON S. ROMÁN
      United States District Judge